JOHN KOLLARCIK, Appellant, *v.* THE SALTS TEXTILE
    MANUFACTURING COMPANY, Respondent.

*Kollarcik v. Salts Textile Manfg. Co.*, 171 App. Div. 898, affirmed.
(Argued January 30, 1918; decided February 15, 1918.)

APPEAL from a judgment, entered December 7, 1915,
upon an order of the Appellate Division of the Supreme
Court in the first judicial department, reversing a judg-
ment in favor of plaintiff entered upon a verdict and
directing a dismissal of the complaint in an action to
recover for personal injuries alleged to have been sus-
tained by plaintiff through the negligence of defendant,
his employer. The injury was caused by the catching
of plaintiff's finger between two cogwheels on the upper
part of a machine before which he was standing while
at work. The machine was used for brushing silk. It
was the plaintiff's duty to stand by the same and adjust
the silk so that it should run smoothly through the
machine. At the time of the accident the silk was
caught and the plaintiff, in order to prevent it from
being torn, was obliged to pull it down, acting under the
instructions which he received. As he did so his finger
was caught in these cogwheels and the injury caused.
The Appellate Division held that the evidence failed
to show any negligence on the part of defendant.

*Roger Foster* for appellant.

*E. Clyde Sherwood* and *Amos H. Stephens* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK,
HOGAN, MCLAUGHLIN and CRANE, JJ.